**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jane and John Doe, Respondents,

v.

Tiffany N. Edens and Chad McDonald, Defendants,

Of whom Chad McDonald is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2014-002407

Appeal From Greenville County
Joseph C. Smithdeal, Family Court Judge

Unpublished Opinion No. 2015-UP-218
Submitted April 2, 2015 – Filed April 27, 2015

**AFFIRMED**

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Vanessa Hartman Kormylo, of Vanessa Hartman Kormylo, P.A., of Greenville, for Respondents.

Jennifer A. Jeffrey, of Jeffrey Law Firm, LLC, of Greenville, for the Guardian ad Litem.

**PER CURIAM:**  Chad McDonald appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a review of the transcript and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's order and relieve McDonald's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.